UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY S. DUTSON, as Trustee of Diamond Productions International and NW Atlantis, Inc.,

   Plaintiff,

   v.

C. NOLON BUSH, d/b/a Cornerstone Institute,

   Defendant.

Case No. C04-5282FDB

ORDER DENYING MOTION FOR ORDER VACATING JUDGMENT OF DISMISSAL

Plaintiff asserts that dismissal of this case is not warranted and that a hearing concerning the contracts giving rise to the substantial damages sought should be held. The Court has reviewed the record herein, and is not convinced by Plaintiff's motion to vacate the judgment of dismissal.

ACCORDINGLY IT IS ORDERED: Plaintiff's Motion For An Order Vacating The Judgment Dismissing This Case [Dkt. # 34] is DENIED.

DATED this 12th day of July, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1